IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01888-BNB

JEREMIAH BIEL,

    Plaintiff,

v.

HENRY WAGNER,
KARON, and
CHARLES,

    Defendants.

ORDER OF DISMISSAL

Plaintiff, Jeremiah Biel, is a prisoner who currently is incarcerated at the Colorado Mental Health Institute in Pueblo, Colorado. He initiated this action by filing a Prisoner Complaint with the Court on July 20, 2011.

In an order filed on July 28, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Biel to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Biel was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. Mr. Biel submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his inmate account statement on September 2, 2011. Magistrate Judge Boland granted Mr. Biel leave to proceed pursuant to 28 U.S.C. § 1915 by order dated September 12, 2011.

The September 12 Order requires Mr. Biel to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $13.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Biel that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Biel has failed either to pay the initial partial filing fee within the time allowed, as designated in the September 12 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Biel's failure either to pay an initial partial filing fee of $13.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __19th__ day of __October__, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01888-BNB

Jeremiah Biel
Colorado Mental Health Institute at Pueblo
1600 West 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 19, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk